UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ODELL MARBLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:19-cv-05027-JPH-MPB |
| | ) |
| NIKKI TAFOYA in her official capacity as Quality Assurance Manager, Indiana Department of Correction, KIMBERLY HOBSON Health Care Administrator, Wabash Valley Correctional Facility, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |

**ENTRY ON MOTION TO AMEND COMPLAINT AND SCREENING**

**I.**

The plaintiff's unopposed motion to file an amended complaint, dkt. [34], is **granted.** The **clerk is directed** to file and re-docket the amended complaint tendered at dkt. [34-1]. **The clerk is further directed** to terminate from the docket Nikki Tafoya and Kimberly Hobson as defendants and add to the docket defendants Wexford of Indiana, LLC, Michael Mitcheff, D.O., and Robert Carter.

**II.**

Plaintiff Odell Marbley is a prisoner currently confined at the Wabash Valley Correctional Facility. He brings this action by counsel, seeking declaratory and injunctive relief.

Because Mr. Marbley is a "prisoner" as defined by 28 U.S.C. § 1915A(c), the Court has an obligation under § 1915A(a) to screen his amended complaint before service on the defendants. Pursuant to § 1915A(b), the Court must dismiss the complaint if it is frivolous or malicious, fails

1

to state a claim for relief, or seeks monetary relief against a defendant who is immune from such relief.

Mr. Marbley has dropped claims against Nikki Tafoya and Kimberly Hobson and added claims against three defendants: Wexford of Indiana, LLC; Michael Mitcheff, D.O.; and Robert Carter. Mr. Marbley alleges that the defendants have refused to refer him to an ophthalmologist and provide surgery, if recommended, on his right eye due to a cataract, in violation of his Eighth Amendment rights. He seeks injunctive relief, requiring the defendants to make the referral and authorize the surgery. The amended complaint shall **proceed as presented.**

Counsel for the plaintiff shall notify the Court if he requires any assistance with service of process on the new defendants.

**SO ORDERED.**

Date: 8/13/2020

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

J. Derek Atwood
INDIANA ATTORNEY GENERAL
derek.atwood@atg.in.gov

Douglass R. Bitner
KATZ KORIN CUNNINGHAM, P.C.
dbitner@kkclegal.com

Kenneth J. Falk
ACLU OF INDIANA
kfalk@aclu-in.org

Marley Genele Hancock
INDIANA ATTORNEY GENERAL
marley.hancock@atg.in.gov

Angela Marie Rinehart
KATZ KORIN CUNNINGHAM, P.C.
arinehart@kkclegal.com